CENTRAL RAILROAD COMPANY OF NEW JERSEY, PLAINT-
IFF IN ERROR, v. ROSE M. DREW, ADMINISTRATRIX OF
HENRY DREW, DECEASED, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Benjamin Williamson.*

For the defendant in error, *Gilbert Collins.*

PER CURIAM.
The opinion of the court below is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE,
DEPUE, DIXON, MAGIE, REED, SCUDDER, VAN SYCKEL,
WERTS, BOGERT, BROWN, CLEMENT, SMITH, WHITAKER. 14.

*For reversal*—None.

---

DANIEL A. KERLEY, PLAINTIFF IN ERROR, v. THE MAYOR,
&C., OF JERSEY CITY, DEFENDANTS IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Gilbert Collins.*

For the defendant in error, *William D. Edwards.*

PER CURIAM.
The judgment of the Supreme Court is affirmed, for the
reasons given by the court below.

*For affirmance*—THE CHIEF JUSTICE, SCUDDER, VAN
SYCKEL, WERTS, CLEMENT. 5.

*For reversal*—THE CHANCELLOR, MAGIE, BOGERT,
SMITH, WHITAKER. 5.